# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **GOFORIT ENTERTAINMENT, LLC** § | |
| Plaintiff § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:08-CV-2011-D** |
| § | |
| **DIGIMEDIA.COM L.P., et al.,** § | |
| Defendants § | |

## NOTICE OF DESIGNATION OF EXPERT WITNESS

Plaintiff GoForIt Entertainment, LLC hereby notifies the Court that on August 3, 2009 it furnished all parties of record with its Designation of Expert Witness, as required by F.R.Civ.Proc. 26(a)(2) and this Court's Order dated June 3, 2009 (Doc. #33).

Respectfully submitted,

 /s/ Corey D. McGaha
Richard A. Adams, *admitted pro hac vice*
Texas Bar No. 00786956
Phillip N. Cockrell, *admitted pro hac vice*
Texas Bar No. 04465500
Leisa B. Pearlman, *admitted pro hac vice*
Texas Bar No. 15689960
Corey D. McGaha, *admitted pro hac vice*
Texas Bar No. 24057992
Reid D. Miller, *admitted pro hac vice*
Texas Bar No. 24067769
**PATTON ROBERTS, PLLC**
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75503

and

Alfonso Garcia Chan
Texas Bar No. 24012408
Patrick J. Conroy

        Texas Bar No. 24012448
        **SHORE CHAN BRAGALONE, LLP**
        901 Main Street
        Suite 3300
        Dallas, Texas 75202

        **ATTORNEYS FOR PLAINTIFF,
        GOFORIT ENTERTAINMENT, LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 3rd day of August, 2009.


        /s/    Corey D. McGaha
        Corey D. McGaha