## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| GOFORIT ENTERTAINMENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIGIMEDIA.COM L.P., | )  Case No. 3:08-cv-02011-D |
| CYBERFUSION.COM L.P., | ) |
| HAPPYDAYS, INC., | ) |
| DIGIMEDIA.COM MANAGEMENT, INC. | ) |
| and | ) |
| SCOTT DAY, | ) |
| | ) |
| Defendants, | ) |

## DEFENDANTS' EXPERT DESIGNATIONS

Defendants designate the following individuals as persons who may be called to present expert testimony or evidence in this case:

(1)      Jeffrey Bedser
        ICG, Inc.
        P.O. Box 3599
        Princeton, New Jersey 08543
        (609) 806-5000

(2)      Defendants' corporate representatives may provide testimony that could be considered expert in nature, though they have not been retained or specially employed for this purpose.

(3)      To the extent necessary or appropriate, Defendants' counsel may testify with respect to the amount, reasonableness, and necessity of attorney's fees, expenses, and costs. Defendant's counsel has not been retained or specially employed for the purpose of providing this testimony.

In accordance with Rule 26(a)(4) and the Scheduling Order, Defendants are serving but not filing a Disclosure of Expert Testimony.

   s/ Michael L. Atchley_____
Michael L. Atchley
Texas State Bar No. 01397600
POPE, HARDWICKE, CHRISTIE, SCHELL,
KELLY & RAY, LLP
901 Forth Worth Club Building
306 West 7th Street
Fort Worth, Texas 76106
Telephone: (817) 332-3245
Facsimile: (817) 877-4781
matchley@popehardwicke.com


  s/ Drew T. Palmer_____
Mack J. Morgan, OBA#6397
Phillip L. Free, Jr., OBA #15765
Drew T. Palmer, OBA #21317
CROWE & DUNLEVY
20 N. Broadway, Suite 1800
Oklahoma City, OK  73102
Phone:  (405) 235-7700
mack.morgan@crowedunlevy.com
phil.free@crowedunlevy.com
drew.palmer@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS

## Certificate of Service

I certify that a copy of this document is being served on all counsel of record, through the Court's ECF system, on September 1, 2009.

                                                                               ___s/ Michael L. Atchley_____  
                                                                               Michael L. Atchley