IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GOFORIT ENTERTAINMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DIGIMEDIA.COM, L.P., | § | No. 3:08-cv-2011-D |
| CYBERFUSION.COM, L.P., | § | |
| HAPPYDAYS, INC., | § | |
| DIGIMEDIA.COM MANAGEMENT, INC., | § | |
| and SCOTT DAY, | § | |
| | § | |
| Defendants. | § | |

**Defendants' Appendix in Support of their**
**Motion for Partial Summary Judgment**

| | |
|---|---|
| Mack J. Morgan, OBA#6397 | Michael L. Atchley |
| Phillip L. Free, Jr., OBA #15765 | Texas State Bar No. 01397600 |
| Drew T. Palmer, OBA #21317 | POPE, HARDWICKE, CHRISTIE, |
| CROWE & DUNLEVY | SCHELL, KELLY & RAY, LLP |
| 20 N. Broadway, Suite 1800 | 901 Forth Worth Club Building |
| Oklahoma City, OK  73102 | 306 West 7th Street |
| Phone:  (405) 235-7700 | Fort Worth, Texas 76106 |
| mack.morgan@crowedunlevy.com | Telephone: (817) 332-3245 |
| phil.free@crowedunlevy.com | Facsimile: (817) 877-4781 |
| drew.palmer@crowedunlevy.com | matchley@popehardwicke.com |

# Table of Contents

1.  Declaration of Scott Day ................................................................................1

2.  Declaration of Jeffrey Bedser ..........................................................................9

3.  Expert Report ................................................................................................ 11

4.  Declaration of Jeffrey Pinyan ...................................................................... 202

5.  Declaration of Christopher Kerr................................................................... 204

6.  Complaint in Florida Lawsuit....................................................................... 206

7.  Plaintiff's Responses to HappyDays' Interrogatories ................................... 225

8.  Deposition of Charles Miller ........................................................................ 237

9.  Deposition of Russell Tewksbury ................................................................ 246

Respectfully submitted,

\_\_s/ Phillip L. Free, Jr._____
Mack J. Morgan, OBA#6397
Phillip L. Free, Jr., OBA #15765
Drew T. Palmer, OBA #21317
CROWE & DUNLEVY
20 N. Broadway, Suite 1800
Oklahoma City, OK  73102
Phone:  (405) 235-7700
mack.morgan@crowedunlevy.com
phil.free@crowedunlevy.com
drew.palmer@crowedunlevy.com


\_\_\_\_s/ Michael L. Atchley_____
Michael L. Atchley
Texas State Bar No. 01397600
POPE, HARDWICKE, CHRISTIE, SCHELL,
KELLY & RAY, LLP
901 Forth Worth Club Building
306 West 7th Street
Fort Worth, Texas 76106
Telephone: (817) 332-3245
Facsimile: (817) 877-4781
matchley@popehardwicke.com

ATTORNEYS FOR DEFENDANTS

## Certificate of Service

      I certify that a copy of this document is being served on all counsel of record, through the Court's ECF system, on January 25, 2010.

                                             ___s/ Michael L. Atchley_____
                                             Michael L. Atchley