IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GOFORIT ENTERTAINMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DIGIMEDIA.COM, L.P., | § | No. 3:08-cv-2011-D |
| CYBERFUSION.COM, L.P., | § | |
| HAPPYDAYS, INC., | § | |
| DIGIMEDIA.COM MANAGEMENT, INC., | § | |
| and SCOTT DAY, | § | |
| | § | |
| Defendants. | § | |

**Declaration of Jeffrey Pinyan**

I, Jeffrey Pinyan, hereby declare, depose, and state:

1. "My name is Jeffrey Pinyan. I am over 21 years of age, have never been convicted of a felony, and am fully competent to make this sworn declaration. I have personal knowledge of all facts stated herein, and they are all true and correct.

2. "I employed by Internet Crimes Group, Inc. I have reviewed page 27 of the Expert Report attached as an exhibit to the Declaration of Jeffrey Bedser in this case. I hereby adopt as my sworn testimony the statements made on page 27 of that Expert Report, and I incorporate those statements into this sworn Declaration for all purposes. I have personal knowledge of all facts stated on said page 27, and they are all true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Dated January 25, 2010

_____
Jeffrey Pinyan