Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
GOFORIT ENTERTAINMENT, LLC,   )
     Plaintiffs,              )
                              )
v.                            )
                              )
DIGIMEDIA.COM L.P.,           )  Case No. 3:08-cv-02011-D
CYBERFUSION.COM L.P.,         )
HAPPYDAYS, INC.,              )
DIGIMEDIA.COM MANAGEMENT INC.,)
and                           )
SCOTT DAY,                    )
     Defendants.              )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
CHARLES MILLER, Ph.D.
OCTOBER 13, 2009
VOLUME I

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF CHARLES MILLER, Ph.D., produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on the 13th day of October, 2009, from 10:03 a.m. to 12:53 p.m., before April R. Eichelberger, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Shore Chan Bragalone, LLP, 901 Main Street, Suite 3300, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

```
 1                  A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFFS:
         Mr. Corey D. McGaha
 4       PATTON ROBERTS PLLC
         400 Century Plaza
 5       2900 St. Michael Drive
         Texarkana, Texas   75503
 6       (903) 334-7000
         (903) 334-7007   (Fax)
 7
         Mr. Marshall C. Wood
 8       NORTON & WOOD, L.L.P.
         315 Main Street
 9       Texarkana, Texas   75501-5604
         (903) 823-1321
10       (903) 823-1325   (Fax)
11
    FOR THE DEFENDANTS:
12       Mr. Mack J. Morgan III
         Mr. Drew T. Palmer
13       CROWE & DUNLEVY P.C.
         20 North Broadway, Suite 1800
14       Oklahoma City, Oklahoma   73102-8273
         (405) 235-7700
15       (405) 239-6651   (Fax)
16
    ALSO PRESENT:
17       Chris Birge, Videographer
18
19
20
21
22
23
24
25
```

1                           INDEX
2                                                    PAGE
3
  Appearances................................... 2
4
5 Exhibit List.................................. 4
6
  CHARLES MILLER, Ph.D.
7      Examination by Mr. Morgan................. 6
8
9 Signature and Changes......................... 106
10
  Reporter's Certificate........................ 108
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CHARLES MILLER, PH.D.

Page 4

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1 | Handwritten notes by the witness | 18 |
| 2 | Handwritten notes by the witness | 19 |
| 3 | Expert Report by Charles Miller, PhD August 3, 2009 | 43 |
| 4 | ISE Invoice to Patton Roberts 9/30/2009 | 102 |
| 5 | ISE Invoice to Patton Roberts 7/31/2009 | 102 |
| 6 | ISE Invoice to Patton Roberts 8/31/2009 | 102 |

EXHIBIT LIST

1        P R O C E E D I N G S
2        THE VIDEOGRAPHER: This deposition is
3  being taken in Case Number 3:08-cv-02011-D, filed in the
4  United States District Court for the Northern District
5  of Texas Dallas Division in the case of GoForIt
6  Entertainment, LLC versus Digimedia.com LP,
7  Cyberfusion.com LP, HappyDays, Inc., Digimedia.com
8  Management, Inc., and Scott Day.
9        My name is Chris Birge, the videographer.
10 The court reporter is April Eichelberger of HG
11 Litigation Services, Dallas, Texas.
12        We're here to take the deposition of
13 Charles Miller. Today's date is October 13, 2009. The
14 deposition is being taken at 901 Main Street, Dallas,
15 Texas. We're on the record at 10:03 a.m.
16        Will counsel please state their
17 appearances for the record.
18        MR. MORGAN: My name is Mack Morgan. I'm
19 with Crowe & Dunlevy. I represent the defendants.
20        MR. PALMER: My name is Drew Palmer, also
21 Crowe & Dunlevy, representing the defendants.
22        MR. McGAHA: Corey McGaha from Patton
23 Roberts. I represent the plaintiffs.
24        MR. WOOD: Marshall Wood of Norton &
25 Wood, also representing the plaintiffs.

Case 3:08-cv-02011-D   Document 79-8   Filed 01/25/10   Page 6 of 9   PageID 1103
CHARLES MILLER, PH.D.

Page 6

1       THE VIDEOGRAPHER:  At this time, will the
2  court reporter please swear in the witness.
3            CHARLES MILLER, Ph.D.,
4  having been first duly sworn, testified as follows:
5                    EXAMINATION
6  BY MR. MORGAN:
7       Q.   Would you state your full name, please.
8       A.   Charles Alfred Miller.
9       Q.   Dr. Miller, my name is Mack Morgan.  I'm one
10 of the attorneys representing the defendants in this
11 case.  And today I'm going to be asking you some
12 questions to find out information that you have that's
13 relevant to the case as a result of an expert report
14 that you've tendered.
15           Let me first ask you, sir, have you ever
16 given a deposition before?
17      A.   No.
18      Q.   Okay.  We have a court reporter here who is
19 going to make a written transcript of the questions that
20 I ask and the answers that you give, and under certain
21 circumstances, that testimony may be introduced in
22 court, just as if you were testifying in court.
23           We also have a videographer here who is
24 going to make a video of the deposition, and under
25 certain circumstances, some or all of the video

CHARLES MILLER, PH.D.

Page 104

```
 1   do not appear in any of the domains registered to the
 2   defendants.  Do you agree or disagree with that?
 3        A.   According to the exhibits that were as part of
 4   the complaint, it listed the domain names, yes.
 5        Q.   Yes, you agree?
 6        A.   Yes, they didn't register GoForIt.
 7        Q.   Okay.  They also say, however, that there are
 8   examples in which GoForIt is included in a registered
 9   domain name that's owned by someone other than the
10   defendants.  Do you know whether that's true or not?
11        A.   I do not.
12        Q.   Okay.  They also say that they've identified
13   many examples in which GoForIt is a subdomain of another
14   website.  Do you know whether that's true?
15        A.   No.
16        Q.   They also say that the use of wildcard DNS is
17   a common allowable practice.  Do you agree or disagree
18   with that?
19        A.   I can't state how common it is, but it is
20   allowed.
21             MR. MORGAN:  Okay.  That's all the
22   questions I've got at this time.
23             MR. McGAHA:  We have no questions at this
24   time.  We'll reserve our questions.
25             MR. MORGAN:  Thank you, Dr. Miller.
```

HG LITIGATION SERVICES
HGLITIGATION.COM

Electronically signed by April Eichelberger (101-289-658-5832)    114b42ab-8030-446d-aa18-6ef367b66f8f

APP 243

Page 108

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
 2                  DALLAS DIVISION

 3  GOFORIT ENTERTAINMENT, LLC,   )
         Plaintiffs,              )
 4                                )
    v.                            )
 5                                )
    DIGIMEDIA.COM L.P.,           ) Case No. 3:08-cv-02011-D
 6  CYBERFUSION.COM L.P.,         )
    HAPPYDAYS, INC.,              )
 7  DIGIMEDIA.COM MANAGEMENT INC.,)
    and                           )
 8  SCOTT DAY,                    )
         Defendants.              )
 9

10            REPORTER'S CERTIFICATION
         DEPOSITION OF CHARLES MILLER, Ph.D.
11                OCTOBER 13, 2009

12

13       I, April Eichelberger, Certified Shorthand Reporter

14  in and for the State of Texas, hereby certify to the

15  following:

16       That the witness, CHARLES MILLER, Ph.D., was duly

17  sworn by the officer and that the transcript of the oral

18  deposition is a true record of the testimony given by

19  the witness;

20       That the deposition transcript was submitted on

21  _____ to the witness or to the attorney

22  for the witness for examination, signature and return to

23  me by _____;

24       That the amount of time used by each party at the

25  deposition is as follows:
```

```
 1         MR. MORGAN.....2 hours, 8 minutes
 2         MR. McGAHA.....0 minutes;
 3    That pursuant to information given to the deposition
 4  officer at the time said testimony was taken, the
 5  following includes counsel for all parties of record:
 6    FOR THE PLAINTIFFS:
 7       Mr. Corey D. McGaha, Mr. Marshall C. Wood
 8    FOR THE DEFENDANTS:
 9       Mr. Mack J. Morgan III, Mr. Drew T. Palmer
10    That $_____ is the deposition officer's charges
11  to the Defendants for preparing the original deposition
12  transcript and any copies of exhibits;
13    I further certify that I am neither counsel for,
14  related to, nor employed by any of the parties or
15  attorneys in the action in which this proceeding was
16  taken, and further that I am not financially or
17  otherwise interested in the outcome of the action.
18    Certified to by me this _____ day of
19  _____, 2009.
20
21
22                         April Eichelberger
23                         Texas CSR No. 7495
                           Expiration Date: December 31, 2009
24                         HG Litigation, Firm No. 69
                           2501 Oak Lawn Avenue, Suite 600
25                         Dallas, Texas  75219
                           (214) 521-1188
```