Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
GOFORIT ENTERTAINMENT, LLC,    )
     Plaintiffs,               )
                               )
v.                             )
                               )
DIGIMEDIA.COM L.P.,            )  Case No. 3:08-cv-02011-D
CYBERFUSION.COM L.P.,          )
HAPPYDAYS, INC.,               )
DIGIMEDIA.COM MANAGEMENT INC., )
and                            )
SCOTT DAY,                     )
     Defendants.               )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORAL AND VIDEOTAPED DEPOSITION OF
RUSSELL TEWKSBURY
OCTOBER 14, 2009
VOLUME I
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF RUSSELL TEWKSBURY, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on the 14th day of October, 2009, from 9:06 a.m. to 2:51 p.m., before April R. Eichelberger, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Shore Chan Bragalone, LLP, 901 Main Street, Suite 3300, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

FOR THE PLAINTIFFS:
    Mr. Corey D. McGaha
    PATTON ROBERTS PLLC
    400 Century Plaza
    2900 St. Michael Drive
    Texarkana, Texas   75503
    (903) 334-7000
    (903) 334-7007   (Fax)

    Mr. Marshall C. Wood
    NORTON & WOOD, L.L.P.
    315 Main Street
    Texarkana, Texas   75501-5604
    (903) 823-1321
    (903) 823-1325   (Fax)

FOR THE DEFENDANTS:
    Mr. Mack J. Morgan III
    Mr. Drew T. Palmer
    CROWE & DUNLEVY P.C.
    20 North Broadway, Suite 1800
    Oklahoma City, Oklahoma   73102-8273
    (405) 235-7700
    (405) 239-6651   (Fax)

ALSO PRESENT:
    Chris Birge, Videographer

Page 3

1               INDEX
2                                              PAGE
3
    Appearances................................ 2
4
5   Exhibit List............................... 4
6
    RUSSELL TEWKSBURY
7        Examination by Mr. Palmer............. 6
8
9   Signature and Changes...................... 195
10
11  Reporter's Certificate..................... 197

EXHIBIT LIST

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | 2005 U.S. Return of Partnership Income Form 1065; GFI 0241602425 CONFIDENTIAL | 38 |
| 2 | ICG Expert Report, September 1, 2009 CONFIDENTIAL | 77 |
| 3 | Plaintiff GoForIt's Answers and Objections to Defendant Cyberfusion.com, L.P.'s First Set of Interrogatories | 105 |
| 4 | Alexa documents GFI 899-940 GFI 1664-1667 | 142 |
| 5 | Defendant Answer, Counterclaim and Third Party Complaint | 156 |

1                P R O C E E D I N G S

2                THE VIDEOGRAPHER:  This deposition is

3   being taken in Case Number 3:08-CV-02011-D filed in the

4   United States District Court for the Northern District

5   of Texas Dallas Division in the case of GoForIt

6   Entertainment, LLC, versus Digimedia.com LP,

7   Cyberfusion.com LP, HappyDays, Inc., Digimedia.com

8   Management, Inc., and Scott Day.

9                My name is Chris Birge, the videographer.

10  The court reporter is April Eichelberger of HG

11  Litigation Services, Dallas, Texas.

12               We're here today to take the deposition

13  of Russell Tewksbury, acting as designated corporate

14  representative for GoForIt Entertainment, LLC.  Today's

15  date is October 14th, 2009.  This deposition is being

16  taken at 901 Main Street, Dallas, Texas.  We're on the

17  record at 9:06 a.m.

18               Will counsel please state their

19  appearances for the record.

20               MR. WOOD:  Marshall Wood on behalf of

21  plaintiff.

22               MR. McGAHA:  Corey McGaha on behalf of

23  the plaintiff.

24               MR. PALMER:  Drew Palmer on behalf of the

25  defendants.

Page 6

1  MR. MORGAN: Mack Morgan on behalf of
2  defendants.
3  THE VIDEOGRAPHER: At this time, will the
4  court reporter please swear in the witness.
5  RUSSELL TEWKSBURY,
6  having been first duly sworn, testified as follows:
7  EXAMINATION
8  BY MR. PALMER:
9  Q. Mr. Tewksbury, thank you for being here today.
10 My first question is real standard. Can you just state
11 your name for the record.
12 A. Russell Baird Tewksbury.
13 Q. And what's your address?
14 A. 190 Escambia Lane, Number 203, Cocoa Beach,
15 Florida, is my personal address; and the corporate
16 address is in Las Vegas.
17 Q. Okay. Mr. Tewksbury, have you ever been
18 deposed before?
19 A. I believe two times.
20 Q. Okay. And in what cases were you deposed in?
21 A. Personal cases, I was in an automobile
22 accident.
23 Q. So nothing to do with this particular case?
24 A. No, sir.
25 Q. Okay. I'm sure in those cases your attorneys

Page 8

```
 1   at least once an hour because of a medical -- he needs
 2   to get up and walk around.
 3                  MR. PALMER:  Okay.
 4                  MR. WOOD:  Thrombosis issue.
 5                  MR. PALMER:  Okay.  No problem.  And if
 6   for some reason, we're approaching that hour, feel free
 7   to remind me yourself.
 8        Q.   (BY MR. PALMER)  As I ask you questions and
 9   you provide answers, if I ask you a question and you
10   don't understand it, don't answer the question.  Tell me
11   that you don't answer [sic] the question, and I'll try
12   to ask it in another way that you do understand.
13                  If -- from time to time, your attorneys
14   are going to object to questions.  That's fine.  They're
15   doing their job.  You still need to answer the question
16   unless your attorney advises you not to answer the
17   question.  So we'll let him state his objection on the
18   record.  We'll record it, and then you can answer the
19   question.
20                  Also -- and this is sort of novel -- I
21   don't have a hand watch, so from time to time, I may
22   look at my phone for the time so I know we can take a
23   break whenever we need to, okay?
24                  Can you describe your relationship to the
25   plaintiff GoForIt?
```

RUSSELL TEWKSBURY

Page 9

```
 1      A.   I am the owner of the company and managing
 2   member.
 3      Q.   Okay.  Are you an officer of the company?
 4      A.   I believe so.
 5      Q.   Okay.  How many employees does GoForIt have?
 6      A.   None.  Excuse me.  I need to clear my throat.
 7   Pardon me.
 8      Q.   Are you not an employee of the company?
 9      A.   No.
10      Q.   Okay.  What form of organization is GoForIt?
11   Is it a corporation?
12      A.   It's a limited liability corporation.
13      Q.   Are you the sole member?
14      A.   Yes, sir.
15      Q.   And the sole shareholder?  You're the entire
16   nut and bolts of the operation?
17      A.   Yes, sir.
18      Q.   Okay. Can you explain for me what GoForIt
19   does?  How does it make money?  How does it operate?
20   Where are its resources, principal place of business,
21   those types of things.
22      A.   Those are five questions.  GoForIt is an
23   internet website guide and directory database on the
24   internet.  As far as making money, we have affiliate
25   relationships or have had affiliate relationships with
```

```
 1    attorneys and law firms.
 2         Q.   And MarketWorks Corporation?
 3         A.   Was just a marketing consulting firm.
 4         Q.   And I think you said earlier that
 5    MarketWorks, LLC, still exists?
 6         A.   Yes, sir.
 7         Q.   Does MarketWorks -- does MarketWorks
 8    Corporation still exist?
 9         A.   No, sir.
10         Q.   So the only surviving entities now are GoForIt
11    Entertainment, LLC, and MarketWorks, LLC?
12         A.   Yes.
13         Q.   Okay.  And do you transact any business under
14    your own name as a sole proprietorship?
15         A.   Money that comes from -- that is GoForIt
16    related transfers to me personally.  In other words,
17    GoForIt Entertainment doesn't have a bank account, so I
18    think, if I'm answering that correctly, then yes, that
19    would be me personally.
20         Q.   So the profits that GoForIt -- or the revenue
21    that GoForIt Entertainment receives goes into your
22    personal bank account?
23         A.   That is correct.
24         Q.   Okay.  These -- are there any other
25    entities -- well, strike that.
```

RUSSELL TEWKSBURY

Page 88

1  first-level subdomain or did at one point.  And I know
2  many that use GoForIt as a subsequent domain even to
3  this day.  But if what you're asking me is is it a
4  second-level domain plus a top-level domain as I see
5  these here, these do not use the term "GoForIt" in that
6  combination.
7       Q.   So the first-level domain and the second-level
8  domain, you're not aware of any of those that include
9  the term "GoForIt"?
10      A.   A top-level domain and a second-level domain,
11 of what I've seen in Exhibit A and B, do not have the
12 words "GoForIt" in it.
13      Q.   Is there -- when a domain name is registered
14 with the registrar, is there anything other than the
15 top-level domain and the second-level domain that's
16 registered?
17      A.   I don't believe so.
18      Q.   Okay.
19      A.   That's why it goes to my comment I said
20 earlier, that it's kind of understood that it's the
21 registrant that controls all subsequent subdomains.
22 That's why I said source of origin.
23      Q.   Of the terms that are listed there in
24 Exhibit A and Exhibit B, are any of those confusingly
25 similar with the GoForIt trademark?

RUSSELL TEWKSBURY

Page 187

```
 1     traveling to Massachusetts to do that.
 2          Q.   Okay.  How can -- frequency, how much time do
 3     you spend doing that?  How many video productions will
 4     you do in a year?
 5          A.   Not much.
 6          Q.   In 2008 do you know how many you did?
 7          A.   I don't know that we did any.
 8          Q.   Do you remember if you did any in 2007?
 9          A.   I'd have to go back and look.
10          Q.   Okay.  Are you aware that -- if you advertise
11     those services at all separate from goforit.com?
12          A.   Have we advertised them separately from
13     goforit.com?
14          Q.   Have you taken out an ad in a magazine,
15     GoForIt does audio and video production?
16          A.   No.
17          Q.   Okay.  Have you ever done that?
18          A.   Not that I'm aware of.
19          Q.   Okay.  Have you ever advertised GoForIt's
20     audio and video production in any form?
21          A.   Aside from being listed in our trademark, you
22     mean?
23          Q.   Right.  Aside from being listed on your
24     trademark registration.
25          A.   Verbally.
```

RUSSELL TEWKSBURY

Page 188

1    Q.   Okay.  And how does -- how does that take
2    place?
3    A.   Verbally.
4    Q.   Meaning --
5    A.   I don't understand your question.
6    Q.   Well, when would you verbally advertise audio
7    and video distribution services in connection with the
8    GoForIt trademark?
9    A.   If there was an opportunity for us to make
10   money doing it, then it would come up in conversation.
11   I guess that's the best way to explain it.
12   Q.   Are people contacting you because they know
13   that GoForIt does audio and video distribution, or are
14   they contacting you because they know that Russell
15   Tewksbury does audio and video distribution?
16              MR. WOOD:  Objection, form.
17   A.   It depends on who's contacting me.
18   Q.   (BY MR. PALMER)  Do you know anyone that's
19   ever contacted you and said I'd like GoForIt to produce
20   or distribute my audio or video recording?
21   A.   I don't -- well, using Butch as an example, I
22   don't know if he was calling me for me or if he was
23   calling me for GoForIt because he knows that I do that
24   with GoForIt.  GoForIt was mentioned in the
25   conversation.  They specifically mentioned GoForIt in

RUSSELL TEWKSBURY

Page 197

```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                      DALLAS DIVISION

GOFORIT ENTERTAINMENT, LLC,    )
     Plaintiffs,               )
                               )
v.                             )
                               )
DIGIMEDIA.COM L.P.,            ) Case No. 3:08-cv-02011-D
CYBERFUSION.COM L.P.,          )
HAPPYDAYS, INC.,               )
DIGIMEDIA.COM MANAGEMENT INC., )
and                            )
SCOTT DAY,                     )
     Defendants.               )
```

REPORTER'S CERTIFICATION
DEPOSITION OF RUSSELL TEWKSBURY
OCTOBER 14, 2009

I, April Eichelberger, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, RUSSELL TEWKSBURY, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _10/23/09_ to the witness or to the attorney for the witness for examination, signature and return to me by _11/22/09_;

That the amount of time used by each party at the deposition is as follows:

HG LITIGATION SERVICES
HGLITIGATION.COM

RUSSELL TEWKSBURY

Page 198

1    MR. PALMER....4 hours, 11 minutes
2    MR. WOOD......0 minutes;
3    That pursuant to information given to the deposition
4    officer at the time said testimony was taken, the
5    following includes counsel for all parties of record:
6    FOR THE PLAINTIFFS:
7        Mr. Corey D. McGaha, Mr. Marshall C. Wood
8    FOR THE DEFENDANTS:
9        Mr. Mack J. Morgan III, Mr. Drew T. Palmer
10   That $_____ is the deposition officer's charges
11   to the Defendants for preparing the original deposition
12   transcript and any copies of exhibits;
13   I further certify that I am neither counsel for,
14   related to, nor employed by any of the parties or
15   attorneys in the action in which this proceeding was
16   taken, and further that I am not financially or
17   otherwise interested in the outcome of the action.
18   Certified to by me this 23 day of
19   October_____, 2009.
20
21
22                    _____
                      April Eichelberger
23                    Texas CSR No. 7495
                      Expiration Date:  December 31, 2009
24                    HG Litigation, Firm No. 69
                      2501 Oak Lawn Avenue, Suite 600
25                    Dallas, Texas  75219

HG LITIGATION SERVICES
HGLITIGATION.COM

RUSSELL TEWKSBURY

Page 195

1      CHANGES AND SIGNATURE

2   WITNESS: Russell Tewksbury   DATE: October 14, 2009

3   PAGE      LINE      CHANGE                REASON

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

RUSSELL TEWKSBURY

Page 196

1       I, RUSSELL TEWKSBURY, have read the foregoing deposition and hereby affix my signature that same is
2   true and correct, except as noted above.

3

4

5   _____
    RUSSELL TEWKSBURY

6

7

8   THE STATE OF Florida )
    COUNTY OF Brevard )

9

    Before me, Russell Tewksbury, on
10  this day personally appeared RUSSELL TEWKSBURY, known to
    me (or proved to me under oath or through
11  _____) (description of identity
    card or other document)) to be the person whose name is
12  subscribed to the foregoing instrument and acknowledged
    to me that they executed the same for the purposes and
13  consideration therein expressed.
    Given under my hand and seal of office this
14  3 day of November, 2009.

15

16

17  _____
    NOTARY PUBLIC IN AND FOR
    THE STATE OF Florida
18  COMMISSION EXPIRES: 12-26-09

19

20  SANDRA S RODRIGUEZ
    MY COMMISSION # DD472247
21  EXPIRES: Dec. 26, 2009
    (407) 308-0153   Florida Notary Service.com

22

23

24

25