IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GOFORIT ENTERTAINMENT, LLC, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:08-CV-2011-D |
| VS. | § |
| | § |
| DIGIMEDIA.COM L.P., et al., | § |
| | § |
| Defendants. | § |

## ORDER

Defendants' January 25, 2010 motion for partial summary judgment is set for oral argument on Friday, July 9, 2010 at 2:00 p.m. Each side is allotted 20 minutes to present argument. Defendants may reserve up to 5 of their total of 20 minutes for rebuttal argument.

Demonstrative aids may be used at oral argument only if both of the following prerequisites are satisfied: (1) the exhibit is a duplicate, enlargement, photograph, or computer-generated representation of an exhibit that is already part of the motion record; and (2) notice that the aid will be used during argument has been given to opposing counsel at least 7 calendar days before the date for oral argument.

**SO ORDERED**.

June 2, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE