IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GOFORIT ENTERTAINMENT, LLC, | § |
| | § |
| Plaintiff-counterdefendant, | § |
| | §  Civil Action No. 3:08-CV-2011-D |
| VS. | § |
| | § |
| DIGIMEDIA.COM L.P., et al., | § |
| | § |
| Defendants-counterplaintiffs. | § |

## **ORDER**

I

The December 30, 2010 motion to withdraw as trial counsel for plaintiff-counterdefendant GoForIt Entertainment, LLC ("GEL"), and the January 14, 2011 motion to join that motion by GEL's local counsel, are granted. Accordingly, Patton Roberts, PLLC, Norton & Wood, LLP, and Shore Chan Bragalone DePumpo, LLP are withdrawn as counsel for GEL.

II

In federal court, a corporation is not permitted to proceed *pro se*. It is a "well-settled rule of law that a corporation cannot appear in federal court unless represented by a licensed attorney." *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) (per curiam). When the court provides notice to a corporation that it must obtain counsel to represent it, and the corporation declines to do so, the court may properly dismiss its claims, if it is a plaintiff, *see Memon*, 385 F.3d at 873 n.5, or strike its defenses, if it is a defendant, *see Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) (per curiam).

Accordingly, within 30 days of the date this order is filed, GEL must obtain counsel and cause counsel to enter a written appearance with the clerk of this court. If GEL fails to do so, its

action will be dismissed without prejudice (to the extent GEL is a plaintiff) and its defenses will be stricken (to the extent GEL is a counterdefendant) without further prior notice, and the court will conduct further proceedings, such as entry of an order of dismissal without prejudice or of a default judgment, as applicable, in accordance with law.

**SO ORDERED**.

January 26, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE