IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GOFORIT ENTERTAINMENT, LLC,          §
                                     §
          Plaintiff-counterdefendant, §
                                     §   Civil Action No. 3:08-CV-2011-D
VS.                                  §
                                     §
DIGIMEDIA.COM L.P., et al.,          §
                                     §
          Defendants-counterplaintiffs. §

## ORDER

On January 26, 2011 the court filed an order requiring that, within 30 days of the date the order was filed, plaintiff-counterdefendant GoForIt Entertainment, LLC ("GEL") must obtain counsel and cause counsel to enter a written appearance with the clerk of this court.  The order stated that if GEL failed to do so, its action would be dismissed without prejudice (to the extent GEL is a plaintiff) and its defenses would be stricken (to the extent GEL is a counterdefendant) without further prior notice, and the court would conduct further proceedings, such as entry of an order of dismissal without prejudice or of a default judgment, as applicable, in accordance with law.

Because GEL did not comply with the order, its action is dismissed without prejudice to the extent it is a plaintiff, and its defenses are stricken to the extent GEL is a counterdefendant. Defendants-counterplaintiffs are directed to move for entry of a default and for a default judgment

within 14 days of the date this order is filed.  The court will enter a final judgment as to GEL's

action and counterplaintiffs' counterclaims after defendants-counterplaintiffs file their motion.

**SO ORDERED**.

February 28, 2011.

SIDNEY A. FITZWATER
CHIEF JUDGE