IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GOFORIT ENTERTAINMENT, LLC, | § | |
| | § | |
| Plaintiff-counterdefendant, | § | |
| | § | Civil Action No. 3:08-CV-2011-D |
| VS. | § | |
| | § | |
| DIGIMEDIA.COM L.P., et al., | § | |
| | § | |
| Defendants-counterplaintiffs. | § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed October 25, 2010, and orders filed January 26, 2011 and February 28, 2011, and the clerk of court having entered a default in favor of defendants-counterplaintiffs Digimedia.com L.P. ("Digimedia"), CyberFusion.com L.P. ("CyberFusion"), HappyDays, Inc. ("HappyDays"), Digimedia.com Management, Inc., and Scott Day on their counterclaim against plaintiff-counterdefendant GoForIt Entertainment, LLC ("GEL"), it is ordered and adjudged as follows.

I

The claims of GEL against defendants-counterplaintiffs are dismissed with prejudice, and GEL's action against defendants-counterplaintiffs is dismissed with prejudice.

II

The court declares that defendants-counterplaintiffs

A. have not violated 15 U.S.C. § 1125(d);

B. have not violated 15 U.S.C. § 1114(1);

C. have not violated 15 U.S.C. §1125(a);

D. have not infringed on GEL's common law rights in the GOFORIT mark; and

E.  none of the alleged actions of defendants-counterplaintiffs constituted unfair competition with GEL.

### III

Digimedia, HappyDays, and CyberFusion shall recover judgment from GEL for damages in the sum of $55,361.51 (i.e., $54,216.00 + $1,145.51) for reverse domain name hijacking under 15 U.S.C. § 1114(2)(d)(iv) and tortious interference.

### IV

Digimedia, HappyDays, and CyberFusion shall recover the sum of $48,356.15 in attorney's fees for GEL's reverse domain name hijacking under 15 U.S.C. § 1114(2)(d)(iv).

### V

The taxable costs of court of defendants-counterplaintiffs, as calculated by the clerk of court, are assessed against GEL.

Done at Dallas, Texas March 22, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE